IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

HANCOCK FABRICS, INC.     PLAINTIFF

V.     CAUSE NO.: 1:12CV131-SA-DAS

ROWDEC, LLC d/b/a WESTLAKE ASSOCIATES     DEFENDANT

with

ROWDEC LLC     PLAINTIFF

V.     CAUSE NO.: 1:12CV222-SA-DAS

HANCOCK FABRICS, INC.     DEFENDANT

## FINAL JUDGMENT

Pursuant to a Memorandum Opinion issued this day, Westlake's Motion to Confirm Arbitration Award [34][1] is GRANTED, but not to the extent requested. Because the Court has considered all briefing in this matter, the Motion for Leave to File Sur-Reply [41][2] is GRANTED.

Accordingly, the Court finds against Hancock in their request for a declaratory judgment in cause number 1:12cv131, and CONFIRMS the arbitral award, but not to the extent requested in cause number 1:12cv222. Both cases are CLOSED.

SO ORDERED, this the 19th day of November, 2013.

                                        **/s/ Sharion Aycock**
                                        **U.S. DISTRICT JUDGE**

---

[1] In cause number 1:12cv222, Westlake's Motion to Confirm Arbitration Award is docket [53].
[2] The Motion for Leave to File Sur-Reply in cause number 1:12cv222 is docket [60].