IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

HANCOCK FABRICS, INC.                                                          PLAINTIFF

V.                                                                    CAUSE NO.: 1:12CV131-SA-DAS

ROWDEC, LLC d/b/a WESTLAKE ASSOCIATES                                         DEFENDANT

   with

ROWDEC, LLC                                                                    PLAINTIFF

V.                                                                    CAUSE NO.: 1:12CV222-SA-DAS

HANCOCK FABRICS, INC.                                                         DEFENDANT

ORDER ON MOTIONS

Pursuant to a Memorandum Opinion issued this day, the Motion to Stay Arbitration [70] is DENIED. Hancock's request for sanctions is DENIED. The Motion for Status Update [78] is MOOT.

SO ORDERED, this the 27th day of August, 2015.

                                                     /s/ Sharion Aycock
                                                   **U.S. DISTRICT JUDGE**